# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CRYSTAL TATE,**
**ADC #709230**                                                                 **PLAINTIFF**

**VS.**                **1:15-CV-00133-BRW-BD**

**ARKANSAS DEPARTMENT**
**OF CORRECTION,** *et al.*                                          **DEFENDANTS**

## ORDER

I have received the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. No objections have been filed and the time for doing so has passed. After careful review of the Recommendation, I adopt as my findings in all respects the Recommendation in its entirety.

Accordingly, Ms. Tate's deliberate-indifference claim against the Arkansas Department of Correction is DISMISSED, with prejudice.

IT IS SO ORDERED, this 26th day of January, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE