# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CRYSTAL TATE,**
**ADC #709230**                                                                                    **PLAINTIFF**

**VS.**                              **1:15-CV-00133-BRW-BD**

**ARKANSAS DEPARTMENT**
**OF CORRECTION,** *et al.*                                                       **DEFENDANTS**

## ORDER

I have received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections and the time for doing so has passed.[1] After careful review, I adopt as the Recommendation in its entirety as my findings in all respects.

Accordingly, Ms. Tate's claims against Betty Hutchinson, Shonda Boykins, Crystal McCoy, and Bernard Williams are DISMISSED with prejudice. Ms. Tate's claims against Defendant Jane Austin are DISMISSED without prejudice.

IT IS SO ORDERED, this 11th day of July, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Objections were due Tuesday, July 5, 2016.